UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                          CASE NO. 09-10995

KELAN BENTLEY                                                                       SECTION "B"

DEBTOR                                                                                      CHAPTER 7

## ORDER AND REASONS

Before the court is the debtor's Motion to Avoid Secure Lien and Strip Second Mortgage (P-41), which was filed by the debtor on December 27, 2009 and noticed for hearing on January 20, 2010. The hearing was continued by the court to February 24, 2010 but no objections to the motion being filed, the court did not hold the hearing. Despite no objection being filed by the mortgagee, America's Servicing Company, the court will not grant the motion.

The debtor makes its request under 11 U.S.C. §§ 506(a) and 506(d), citing several cases in support of its proposition that a court may "strip off" and avoid a junior lien where the value of the property securing the lien is already encumbered by a senior mortgage. Here, the debtor's property was appraised at $75,000, and the senior mortgage on the property is in the amount of $116,022.49. Thus, the debtor contends that there is no value left for the second mortgage, which is essentially left unsecured, and therefore, the debtor should be allowed to avoid the second mortgage lien in its entirety.

In support of his argument the debtor cites several cases that upon closer examination do not actually support the debtor's argument. First, the debtor cites *In re*

*Howard,* 184 B.R. 644 (Bankr.E.D.N.Y. 1995). *Howard,* however, is inapposite because the second mortgage that was avoided in Howard was a judicial mortgage, not a consensual mortgage, and the *Howard* court specifically distinguished its decision based on that distinction.[1] Next, the debtor cites three cases holding that a consensual second mortgage can be stripped off. Unfortunately for the debtor, these cases were all overruled.[2]

Although some lien stripping has been permitted by courts in Chapter 13 cases, no bankruptcy courts currently allow a consensual second mortgage to be stripped off in a Chapter 7 bankruptcy case. This court will not permit it either. Accordingly,

The debtor's motion is **DENIED.**

New Orleans, Louisiana, March 3, 2010.

J. A. Brown
Jerry A. Brown
U.S. Bankruptcy Judge

---

[1] *In re Howard,* 184 B.R. at 647.

[2] *In re Farha,* 246 B.R. 547 (Bankr.E.D.Mich. 2000), *overruled by In re Talbert,* 344 F.3d 555 (6th Cir. 2003); *In re Zempel,* 244 B.R. 625 (Bankr.W.D.Ky. 1999), *overruled by In re Davenport,* 266 B.R. 787 (Bankr.W.D.Ky. 2001); *In re Yi,* 219 B.R. 394 (E.D.Va. 1998), *overruled by Ryan v. Homecomings Financial Network,* 253 F.3d 778 (4th Cir. 2001).